1   ROB BONTA
    Attorney General of California
2   ANYA M. BINSACCA
    Supervising Deputy Attorney General
3   JAY C. RUSSELL
    Deputy Attorney General
4   State Bar No. 122626
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3617
6    Fax:  (415) 703-5843
     E-mail:  Jay.Russell@doj.ca.gov
7   *Attorneys for Defendants Office of the California
    State Controller and California
8   State Controller Betty T. Yee*

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

OAKLAND DIVISION

12

13

14   **JENNIFER I. SYKES,**

15                                       Plaintiffs,

16           **v.**

17   **OFFICE OF THE CALIFORNIA STATE
18   CONTROLLER, AND BETTY T. YEE IN
     HER OFFICIAL CAPACITY AS
     CONTROLLER OF THE STATE OF
19   CALIFORNIA,**

20                                       Defendants.

21

4:22-cv-04133-HSG

**STIPULATION AND  ORDER TO
CONTINUE BRIEFING ON PENDING
MOTIONS**

Related Cases:

*Cole-Kelly v. State of California, et al.,* No. 22-
cv-02841-HSG

*Coté v. Office of the California State Controller,
et al.,* No. 22-cv-04056-HSG

22

23

**STIPULATION**

24       Under Northern District Local Civil Rule 6-2, Plaintiffs Alison Cole-Kelly, Alexander

25   Coté, and Jennifer I. Sykes, and Defendants the Office of the California State Controller and

26   Betty T. Yee, named in her official capacity as Controller of the State of California, stipulate and

27   agree to the following:

28

1

1. On May 13, 2022, Plaintiff Alison Cole-Kelly filed her complaint.

2. On May 26, 2022, and June 6, 2022, respectively, Alexander Coté and Jennifer I. Sykes filed complaints in the Central District of California.

3. On July 11, 2022, *Cote v. Yee, et al.,* was ordered transferred from the Central District of California to the Northern District of California.  On July 14, 2022, *Sykes v. Yee, et al.,* was ordered transferred from the Central District of California to the Northern District of California.

4. On July 25, 2022, the Court ordered *Cote* and *Sykes* related to *Cole-Kelly v. State of California*.

5. On August 5, 2022, Defendant moved to dismiss this case (ECF 23), and the related *Cole-Kelly* and *Coté* cases.  The hearing on theses motion is scheduled for December 1, 2022.

6. Also on August 5, 2022, Coté and Sykes filed a Motion to Consolidate Related Cases and Appoint Interim Class Counsel in *Cole-Kelly v. State of California*.  (ECF 24.)  Under Civil Local Rule 7-3, oppositions to all motions are due by August 19; reply briefs are due by August 26.  The hearing on this motion is scheduled for November 17, 2022.

7. The parties stipulate and agree that the dates for the parties to file oppositions and replies to all the above-described motions shall be continued to dates to be determined at the August 23, 2022 Initial Case Management Conference.  The parties further stipulate and agree that hearing dates for the above-described motions shall also be discussed with the Court at the August 23 Initial Case Management Conference.  By stipulating to extensions of briefing on the motions, the parties do not waive any right to move to have Defendants' motions to dismiss briefed and decided before any further briefing or hearing on the Motion to Consolidate Related Cases and Appoint Interim Class Counsel.

IT IS SO STIPULATED.

Dated:  August 11, 2022

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

*/s/ Jay C. Russell*
JAY C. RUSSELL
Deputy Attorney General
*Attorneys for Defendants Office of the*
*California State Controller and Betty T. Yee,*
*in her official capacity as Controller of the*
*State of California*

Dated:  August 11, 2022

*/s/ Samuel Kornhauser*
SAMUEL KORNHAUSER, Esq.,
LAW OFFICES OF SAMUEL
KORNHAUSER
155 Jackson Street, Suite 1807
San Francisco, California 94111
Telephone: (415) 981-6281
Facsimile: (415) 981-7616
Email: samuel.kornhauser@gmail.com

BRIAN DAVID, Esq.,
Illinois ARDC No. 0582468 *(pro hac vice)*
LAW OFFICES OF BRIAN DAVID
1329 N. Dearborn #1
Chicago, Illinois 60610
Telephone: (847) 778-7528
Email: bdbriandavid@gmail.com

*Attorneys for Plaintiff Alison Cole-Kelly*

3

1    Dated:  August 11, 2022

2

3                               **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

4                               */s/ RACHELE R. BYRD*
RACHELE R. BYRD

5

6                               BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)

7                               OANA CONSTANTIN (325226)
750 B STREET, SUITE 1820

8                               SAN DIEGO, CA 92101
TELEPHONE: 619/239-4599

9                               FACSIMILE: 619/234-4599
MANIFOLD@WHAFH.COM

10                              BYRD@WHAFH.COM
CONSTANTIN@WHAFH.COM

11                              MARK C. RIFKIN (*PRO HAC VICE*)

12                              BENJAMIN Y. KAUFMAN (*PRO HAC VICE*)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

13                              270 MADISON AVENUE
NEW YORK, NEW YORK 10016

14                              TELEPHONE: 212/545-4600
FACSIMILE: 212/545-4677

15                              RIFKIN@WHAFH.COM
KAUFMAN@WHAFH.COM

16

17                              ARTHUR T. SUSMAN (*PRO HAC VICE*)
**LAW OFFICE OF ARTHUR SUSMAN**

18                              1540 N. LAKE SHORE DRIVE
CHICAGO, ILLINOIS 60610

19                              TELEPHONE: 847-800-2351
ARTHUR@SUSMAN-LAW.COM

20                              *ATTORNEYS FOR PLAINTIFFS ALEXANDER COTÉ, JENNIFER I. SYKES AND THE CLASS*

21

22                       **ORDER**

23

   Under the above stipulation, and good cause appearing, it is so ordered.

24

25    DATED:    8/12/2022                         

26                    THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

27    SA2022302479

   43348219.docx

28